# United States District Court
## Violation Notice
(Rev. 1/2021)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| I176 | E2070423 | M. Terry | 583 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 05/06/2024 1150 | 36 CFR 4.13 (a) |

**Place of Offense:** Bridalveil Straight / Yose NP

**Offense Description: Factual Basis for Charge:** obstructing Traffic: Parking upon a park Road

### DEFENDANT INFORMATION
- Last Name: WIPFLI
- First Name: MARY
- M.I.: M

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 9KHM056 | CA | 24 | LEXUS UX250 | | (re) |

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

20240506-009

$ 150 Forfeiture Amount
+ $30 Processing Fee
$ 180 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: (signature) Mary Wipfli

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: (signed)

Original - CVB Copy

*E2070423*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **May 6th, 2024** while exercising my duties as a law enforcement officer in the **Eastern** District of **California**

See attached

The foregoing statement is based upon:
☐ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **05/06/2024**   Officer's Signature: (signed)

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident

CVB SCAN 06/25/2024 14:40